# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **BIG LOTS STORES, INC.,** | : | |
| Plaintiff, | : | Civil Action 2:14-cv-2635 |
| v. | : | Judge Algenon L. Marbley |
| **ZURICH AMERICAN INSURANCE COMPANY,** *et al.*, | : | Magistrate Judge Elizabeth P. Deavers |
| | : | |
| Defendants. | | |

## ORDER

This matter came before the Court for a telephonic status conference on July 31, 2015. Counsel for the parties appeared and participated in the conference.

Counsel indicate that they are exploring the possibility of achieving a global settlement of this and related litigation. The orally move for a stay of this proceeding to accommodate their negotiations. The oral Motion is **GRANTED**. This case is **STAYED**. The parties are **DIRECTED** to file a written status report on or before **AUGUST 31, 2015** detailing the status of the case and whether the stay should continue.

**IT IS SO ORDERED.**


DATE: July 31, 2015                              /s/ *Elizabeth A. Preston Deavers*
                                                **ELIZABETH A. PRESTON DEAVERS**
                                                **UNITED STATES MAGISTRATE JUDGE**