# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**BIG LOTS STORES, INC.,**

    **Plaintiff,**

                                        **Civil Action 2:14-cv-2635**
**v.**                                        **Judge Algenon L. Marbley**
                                        **Magistrate Judge Elizabeth P. Deavers**

**ZURICH AMERICAN INSURANCE COMPANY,**

    **Defendant.**

## ORDER

On August 31, 2015, the parties filed a joint status report, indicating that they are still working towards a global settlement of this and related litigation. The parties are **DIRECTED** to file a written status report detailing the status of this case and whether the stay should continue within **SIXTY (60) DAYS** of the date of this Order.

    **IT IS SO ORDERED.**

Date:  September 1, 2015                              /s/ *Elizabeth A. Preston Deavers*
                                                          Elizabeth A. Preston Deavers
                                                          United States Magistrate Judge